**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 15-2077**

———————

SHIRLEY A. BARNES,

              Plaintiff - Appellant,

     v.

SAM'S EAST WHOLESALE CLUB #8220; NICHOLAS SALHANY; RACHEL HOUSE,

              Defendants - Appellees,

     and

TERRY GRIMES; THOMAS E. BOWERS, DA; DONALD S. CALDWELL, DA; DARRELL GRAHAM, US EEOC Director,

              Defendants.

———————

Appeal from the United States District Court for the Western District of Virginia, at Roanoke. Glen E. Conrad, Chief District Judge. (7:15-cv-00217-GEC)

———————

Submitted: January 14, 2016      Decided: January 19, 2016

———————

Before AGEE, WYNN, and FLOYD, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Shirley A. Barnes, Appellant Pro Se. Carrie Margaret Harris, King Fitchett Tower, SPILMAN, THOMAS & BATTLE, PLLC, Roanoke, Virginia, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Shirley A. Barnes appeals the district court's order dismissing her civil complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Barnes v. Sam's E. Wholesale Club #8220, No. 7:15-cv-00217-GEC (W.D. Va. Aug. 20, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED